UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file to clarify the status of speedy trial deadlines in this case. On July 18, 2005, this Court ordered the United States Marshal to transport Defendant to a federal medical center for the purpose of conducting a competency evaluation pursuant to 18 U.S.C. § 4241, and ordered the United States Bureau of Prisons to provide a written competency evaluation to the Court. In the July 18, 2005, Order, the Court noted that pursuant to 18 U.S.C. § 3161(h)(1)(A), "the time periods otherwise applicable to this case under the Speedy Trial Act are tolled and stayed until further order of the Court."

The United States Department of Justice issued its mental health evaluation of Defendant on September 21, 2005, finding Defendant competent to stand trial, and a status conference was held on November 2, 2005. On November 4, 2005, Defendant filed a Notice of Disposition and a Change of Plea hearing was scheduled for December 19, 2005. At the December 19, 2005, hearing, Defendant chose not to go forward with the Change of Plea, and the Court ordered all pretrial motions to be filed

by Friday, January 13, 2006.  Defendant filed several pretrial motions on December 27, 2005.  Because Defendant's mental competency evaluation is complete, speedy trial is no longer tolled pursuant to 18 U.S.C. § 3161(h)(1)(A), but is now tolled pursuant to 18 U.S.C. § 3161(h)(1)(F), due to the filing of various pre-trial motions.

    Dated:  January 9, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge