UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Withdraw filed by Assistant Federal Public Defender, Edward R. Harris on December 27, 2005, and the United States' Motion for Expedited Resolution of Defense Counsel's Motion to Withdraw, filed January 12, 2006. A hearing was held on January 17, 2006. For the reasons stated herein and on record at the hearing, I find that the Motion to Withdraw should be **GRANTED**.

"'To warrant a substitution of counsel, the defendant must establish good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict.'" *United States v. Johnson*, 961 F.2d 1488, 1490 (10th Cir. 1992) (quoting *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987)). "Another consideration is the timeliness" of the motion." *Johnson, id.* The trial court should make an inquiry into why the defendant wants new counsel and the preparedness of defense counsel to avoid the "dilemma of

constitutional magnitude" whereby the defendant is asked to choose between "incompetent or unprepared counsel and appearing pro se." *See Johnson, supra*; *Sanchez v. Mondragon*, 858 F.2d 1462, 1465 (10th Cir. 1988).  For the reasons stated on record at the hearing I find that Defendant has established good cause for the substitution of counsel.  Therefore, it is hereby,

ORDERED that the Motion to Withdraw filed by Assistant Federal Public Defender, Edward R. Harris on December 27, 2005, is **GRANTED**.  New Defense Counsel shall be appointed from the list of CJA Attorneys.  It is

FURTHER ORDERED that the hearing on pending motions scheduled for **Thursday, February 2, 2006, at 1:30 p.m.** is **VACATED**.  It is

FURTHER ORDERED that new Defense Counsel shall file a status report with this Court within ten days of appointment.  It is

FURTHER ORDERED that the United States' Motion for Expedited Resolution of Defense Counsel's Motion to Withdraw, filed January 12, 2006, is **DENIED AS MOOT**.

Dated:  January 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge