UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on review of Defense counsel's Status Report, filed January 19, 2006.  In the Status Report, counsel requests an additional 40-days to review the file and determine if additional motions need be filed in this matter.  I note that Defendant's Motion for Discovery and Motion to Suppress, both filed December 27, 2005, are currently pending.  Therefore, it is hereby

    ORDERED that Defendant shall have to and including **Wednesday, March 8, 2006,** to file any additional pre-trial motions in this matter.  In the event no additional pre-trial motions are filed, Defendant shall file a status report with the Court.

    Dated:  January 31, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge