UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation hearing is set for **Tuesday, April 20, 2010 at 4:00 pm.**

    Dated: March 15, 2010