UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Supervised Release Violation hearing set for Tuesday, April 20, 2010 at 4:00 pm., is rescheduled to **Friday, May 28, 2010 at 9:30 a.m.**

    Dated: April 8, 2010