IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILIP LOPEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The supervised release violation hearing set for Friday, May 28, 2010, at 9:30 a.m. is **CONTINUED** to **Friday, June 25, 2010 at 3:30 p.m.**

    Dated: May 26, 2010.