IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00495-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PHILLIP LOPEZ,

    Defendant.

---

### ORDER

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before this Court, as soon as practicable, for the **Supervised Release Violation hearing scheduled for June 25, 2010 at 3:30 p.m.**, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

Dated this 17th day of June, 2010.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE