IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00495-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ZACHARY PHILIP LOPEZ,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Thursday, September 2, 2010 at 2:30 p.m.**

      Dated: June 30, 2010.